UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

**ROBERT L. LOOS,**

    **Plaintiff,**

-vs-                                            **Case No: 02-CV-3667**

**KEYSTONE SHIPPING COMPANY,**

    **Defendant.**

**ORDER**

IT IS HEREBY ORDERED that CHRISTOPHER D. KUEBLER be and is hereby allowed to appear and participate as co-counsel in this cause of action.

DATED: _____

                                                            U.S. DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA

**ROBERT L. LOOS,**

    Plaintiff,

-vs-                              Case No: 02-CV-3667

**KEYSTONE SHIPPING COMPANY,**

    Defendant.

## MOTION FOR ADMISSION OF VISITING ATTORNEY

NOW COMES Plaintiff, by and through counsel undersigned, WALTER Z. STEINMAN, and hereby moves this Honorable Court to allow CHRISTOPHER D. KUEBLER to appear and participate as co-counsel in this cause of action and upon submission to this Honorable Court of a Certificate of Good Standing from the United States District Court for the Eastern District of Michigan, Southern Division, a copy of which is attached hereto.

                                                    WALTER Z. STEINMAN (21491)
                                                    Local Counsel
                                                      400 Greenwood Avenue
                                                     Wyncotte, PA 19095-1897
                                                     (215) 517-7500

DATED: November 8, 2002

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## Eastern District of Michigan

## CERTIFICATE OF GOOD STANDING

I, _____David J. Weaver_____ , Clerk of this Court,

certify that _____Christopher D. Kuebler_____

was duly admitted to practice in this Court on

_____February 20, 1985_____ , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____Detroit, MI_____ on _____October 2, 2002_____
LOCATION                                      DATE


David J. Weaver                                              /s/ [signature]
CLERK                                                          DEPUTY CLERK