IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. LOOS, | : | CIVIL ACTION |
| | : | NO. 02-CV-3667 |
| Plaintiff, | : | |
| v. | : | |
| KEYSTONE SHIPPING COMPANY | : | |
| Defendant. | : | |

### PRAECIPE TO REPLACE EXHIBIT

TO THE CLERK:

Attached is the original executed and notarized Affidavit of Philip J.W. Fisher, Executive Vice President of Defendant Keystone Shipping Co., to replace the copy of same which was attached as Exhibit "A" to Defendant's Response to Plaintiff's Motion for Retroactive and Future Increase of Maintenance Rate and its Counter-Motion For Dismissal Pursuant to Fed. R. Civ. P. 12(c) and/or Transfer Pursuant to 28 U.S.C. 1404(a), filed on November 18, 2002.

MATTIONI, LTD.

Dated: November 20, 2002    BY:_____
FAUSTINO MATTIONI, ESQUIRE
PAUL A. KETTUNEN, ESQUIRE
399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, Paul A. Kettunen, Esquire, hereby certify that Defendant's Praecipe to Replace Exhibit "A" to Defendant's Response to Plaintiff's Motion for Retroactive and Future Increase of Maintenance Rate and its Counter-Motion For Dismissal Pursuant to Fed. R. Civ. P. 12(c) and/or Transfer Pursuant to 28 U.S.C. 1404(a) was served on Plaintiff by U.S. First Class Mail on November 20, 2002, to the following attorney:

| | |
|---|---|
| Dennis M. O'Bryan, Esquire | Walter Z. Steinman, Esquire |
| O'Bryan Baun Cohen Kuebler | Law Offices Walter Z. Steinman |
| 401 S. Old Woodward, Suite 320 | 400 Greenwood Avenue |
| Birmingham, MI 48009 | Wyncote, PA 19095-1825 |

_____
Paul A. Kettunen, Esquire