UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. LOOS,

    Plaintiff,

-vs-                                        Case No: 02-3667

KEYSTONE SHIPPING COMPANY,

    Defendant.
_____/

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
CHRISTOPHER D. KUEBLER (P43220)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 320
Birmingham, MI 48009
(248) 258-6262 Fax: (248) 258-6047

MATTIONI, LTD
PAUL A. KETTUNEN, ESQ.
Attorney for Defendant
399 Market Street, 2nd Floor
Philadelphia, PA 19106
(215) 629-1600 Fax: (215) 923-2227

_____/

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

NOW COMES the Plaintiff, ROBERT L. LOOS, by and through undersigned counsel, and pursuant to Federal Civil Rule 26(a)(1) submits his initial disclosures as follows:

    **A.**    **Name, address, and telephone number of each person who has knowledge or will testify at the trial of this case:**

1. Robert Loos
   20541 State Highway 177
   Jackson, MO 67355
   (573) 243-8627

2. Mary Loos
   20541 State Highway 177
   Jackson, MO 67355
   (573) 576-2527

3. Roy Lewis, Chief Engineer
   8343 Ember Circle
   Jacksonville, FL 32244
   (904) 778-1357

4. Jay Heichelheim, Captain (master)
   10020 Cloud Lane
   Galveston, TX 77554
   (409) 744-2451

5. Gerard (Jerry) Putney, Assistant Engineer
   55 Alpine Run Road
   Kingston, MA 02364
   (781) 582-3786

6. Dr. William Keith Graham (expert)
   Cape Girardeau Physician Associates
   3250 Gordonville Road, Suite 3201
   Cape Girardeau, MO 67301
   Telephone number: (314) 334-9641
   Fax: (573) 331-3161

7. Dr. Mark C. Kasten (expert)
   Cape Girardeau Physician Associates
   3250 Gordonville Road, Suite 3201
   Cape Girardeau, MO 67301
   Telephone number: (314) 334-9641
   Fax: (573) 331-3161

8. Dr. David Y. Lee (expert)
   Cape Girardeau Physician Associates
   3250 Gordonville Road, Suite 3201
   Cape Girardeau, MO 67301
   Telephone number: (314) 334-9641
   Fax: (573) 331-3161

9.  Jennifer Gwin, R.N.
    Cape Girardeau Physician Associates
    3250 Gordonville Road, Suite 3201
    Cape Girardeau, MO 67301
    Telephone number: (314) 334-9641
    Fax: (573) 331-3161

10. Dr. Billy A.F. Hammond (expert)
    Cape Girardeau Physician Associates
    3250 Gordonville Road, Suite 3201
    Cape Girardeau, MO 67301
    Telephone number: (314) 334-9641
    Fax: (573) 331-3161

11. Regional Primary Care, Inc.
    #69 Doctors Park
    Cape Girardeau, MO 67303

12. Mayo Clinic
    200 First Street SW
    Rochester, MN 55905
    (507) 284-2511

13. Dr. Jonathan A. Gold (expert)
    11155 Dunn Road, Suite 211 North
    St. Louis, MO 63136
    (314) 355-0018

14. Cape Imaging
    3065 William Street
    Cape Girardeau, MO 63701

15. William M. Catt (expert)
    212 S. Union
    Jackson, MO 63735
    (573) 243-8164

16. Christian Northeast Hospital
    11133 Dunn Road
    St. Louis, MO 63136
    (314) 355-2300

17. Robert E. Gardner (expert)
    Cape Imagine MRI

            3065 William Street, Suite 109
            Cape Girardeau, MO 63703
            Telephone number: (877) 413-6027
            Fax: ((573) 332-8383

18.   Dr. Arthur Halle (expert)
      Cardiologist
      St. Louis, MO
      (314) 362-1291

19.   Dr. Lee / Mellies (expert)

20.   Dr. Critchlow (expert)

21.   Dr. Susan Burton (expert)
      Internal Medicine Group
      3250 Gordonville Road, Suite 301
      Cape Girardeau, MO 63703
      (314) 334-9641

22.   Dr. David T. Cragun (expert)

23.   Dr. Drubach, (expert)

24.   Janet M. Pajan
      Keystone Shipping
      Suite 600
      One Bala Plaza East
      Bala Cynwyd, PA 19004-1496
      Telephone number: (610) 617-6800
      Fax: (610) 617-6899
      E-mail: balaoff@keyship.com

25.   All crew members aboard the "Atlanta Bay/Virginia Bay" on or about January 23, 2002, and/or at the time of Plaintiff's accident as alleged in the Complaint.

26.   Defendant's 30(b)(6) corporate designate who can testify with respect to Plaintiff's wages, benefits, promotions, advancements, raises, contributions to vacation plan, performance bonuses, and "found".

27.   Defendant's 30(b)(6) corporate designate who can testify with regard

to shipboard safety, safety procedures, maintenance/cure, hazards of shipping, safe ship practices, crew supervision, etc.

28. All parties to this action.

29. All persons named by the Defendant.

30. All persons necessary for foundational purposes concerning admission of exhibits.

31. All persons named in the discovery of this case.

32. Plaintiff's treating and examining physicians.

33. All persons named in any pleading, affidavit, or other court document filed in this case.

34. All necessary rebuttal witnesses.

35. All records custodians for medical providers, social security, Internal Revenue Service, and the Defendant.

36. All persons answering discovery on behalf of the Defendant.

37. All employees of Defendant whose names have been withheld by the Defendant in discovery who later become known.

38. Crew members will testify with regard to the conditions of the vessel, the work procedure of Defendant, job duties, responsibilities, instruction, training, supervision, which related to Plaintiff's injury and the mechanism of that injury, maintenance of the vessel, maintenance/inspection policies, supply of safety equipment, etc.

39. Medical providers and doctors will testify with regard to medical causation, permanency, disability, percentage of disability, objective nature of the injury,

future residual problems, pain, suffering, past medical bills, future medical bills, future anticipated medical treatments, percentage of disability, effects of the injury on the ability to perform work/work restrictions, and the effect of the injury on life activities and other similar testimony.

> **B.** **All documents which are in Plaintiff's possession or where relevant documents may be found, including all those documents which Defendant may produce during the course of discovery or are obtained during discovery.**

Please see the attached medical documents and other documents in the possession of the Plaintiff or his attorney. Other documents will be obtained during the course of discovery and this disclosure will be supplemented along with responses to the Defendant's anticipated requests for production of documents. The documents attached hereto are all of those documents in the Plaintiff's possession at this time. Other documents may be obtained pursuant to written authorizations sent to the Social Security Administration, Internal Revenue Service, medical providers, prior employers, military service, etc.

> **C.** **Itemization of damages:**

Plaintiff claims the following damages which are based on Plaintiff's work-life expectancy, his earnings history, the number of days he has been off of work due to his injury, the economic data provided by the Defendant concerning work hours, wage rates, promotions, raises, benefits, cost-of-living adjustments, and increase in salary. Plaintiff claims the following:

1. Earnings/earning capacity/wages (past and future).
2. Found (value of shipboard food and lodging).

      3.     Benefits (health insurance, vacation pay, bonuses, 401k, pension, life insurance, etc.).

      4.     Medical expenses (past and future).

      5.     Pain and suffering.

      6.     Emotional trauma/distress.

      7.     Scarification/disfigurement.

      8.     Loss of life's enjoyment.

D.     N/A

                Respectfully submitted,

                O'BRYAN BAUN COHEN KUEBLER

_____

                CHRISTOPHER D. KUEBLER (P43220)
                Attorney for Plaintiff
                401 S. Old Woodward, Suite 320
                Birmingham, MI 48009
                (248) 258-6262

Dated:   March 7, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of March, 2003, a copy of the foregoing Plaintiff's Rule 26 Initial Disclosures was served via first class mail postage prepaid upon the following attorney of record:

Paul A. Kettunen, Esq.
MATTIONI, LTD
399 Market Street, 2nd Floor
Philadelphia, PA 19106

_____
CHRISTOPHER D. KUEBLER