IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT L. LOOS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 02-3667 |
| KEYSTONE SHIPPING COMPANY | | |

**NOTICE**

**AND NOW**, this 17th day of April, 2003, a telephone conference will take place in the above captioned matter on Monday, April 21, 2003 at 3:00 p.m., Chambers will initiate the call.

ATTEST:                                    or      BY THE COURT

BY:_____          _____
        Deputy Clerk                              Judge

Civ 12 (9/83)

**Copies faxed on 4/17/03   to:**            **Copies mailed on _____ to:**

C. Kuebler
D. O'Bryan
W. Steinman
F. Mattioni