IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT L. LOOS

:   CIVIL ACTION
:
vs.          :
:   NO. 02-3667

KEYSTONE SHIPPING

O R D E R


   **AND NOW, TO WIT:** This 22ND day of May, 2003,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.




    **MICHAEL E. KUNZ**, Clerk of Court


    **BY:**_____
      Marie O'Donnell
      Deputy Clerk




Civ 2 (8/2000)
41(b).frm